In the Matter of R. HOE & CO., Inc., Debtor-Appellee, Nathan Katz, Petitioner-Appellant.

Docket No. 21926.

United States Court of Appeals
Second Circuit.

Jan. 12, 1951.

Rehearing Denied Feb. 7, 1951.

Gustave B. Garfield, New York City, for petitioner-appellant.

Before CHASE, CLARK and FRANK, Circuit Judges.

PER CURIAM.

See Reese v. Beacon Hotel Corp., 2 Cir., 149 F.2d 610; Towers Hotel Corp. v. La-

fayette National Bank, 2 Cir., 148 F.2d 145; North American Car Corporation v. Peerless Weighing & Vending Mach. Corp., 2 Cir., 143 F.2d 938; In re Flatbush Ave.-Nevins St., Corp., 2 Cir., 133 F.2d 760; In re Ambassador Hotel Corp., 2 Cir., 124 F. 2d 435; In re Elless Co., 6 Cir., 174 F.2d 925.